Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOLANDCO, INC.,<br><br>Defendant. | Case No.: C08-1560 MHP<br><br>**PROOF OF SERVICE OF SUMMONS** |

///
///
///
///
///
///
///

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| Muriel B. Kaplan, Esq. (SBN 124607)<br>Michele R. Stafford, Esq. (SBN 172509)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | (415) 882-7900 |

ATTORNEY FOR **PLAINTIFFS**

COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT NAME OF CASE
Operating Engineers Health and Welfare Trust Fund for Northern California, et al v. Jolandco, Inc.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 08-1560 MHP |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the: Summons; Complaint; Dispute Resolution Procedures in the Northern District of California; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Orders; Instructions for Completion of ADR Forms Regarding Selection of an ADR Process; Notice of Need for ADR Phone Conference; ADR Certification by Parties and Counsel; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; ECF Registration Information Handout; and Welcome to the U.S. District Court, San Francisco.

Name: Jolandco, Inc.

Date of Delivery: 3/25/08
Time of Delivery: 3:00pm

Place of Service:   9063 Foothills Blvd., suite #350
                    Roseville, CA 95747

Manner of Service: Personal Service – by hand delivering documents to Christopher D. Johnson, Authorized Agent for Service of Process.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A)(23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 25th, 2008 in San Francisco California.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 621-1000

Signature: _____
Name: Jill Williamson
Title: RPS, Sacrament #2006-028

**PROOF OF SERVICE**