Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>JOLANDCO, INC.,<br><br>        Defendant. | Case No.: C08-1560 MHP<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

   I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

   On April 25, 2008, I served the following document(s):

**CLERK'S ENTRY OF DEFAULT**

///
///
///
///
///

-1-
PROOF OF SERVICE
Case No.:  C08-1560 MHP

P:\CLIENTS\OE3CL\JOLANDCO\Pleadings\C08-1560 MHP Proof of Service 042508.DOC

1  
2  on the interested parties in said action by placing a true and exact copy of each document in a  
3  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San  
4  Francisco, California, addressed as follows:  
5      **Christopher D. Johnson**  
    **Authorized Agent for Service of Process**  
6      **Jolandco, Inc.**  
    **9083 Foothills Blvd., Suite 350**  
7      **Roseville, California 95747**  
8  
9  I declare under penalty of perjury that the foregoing is true and correct and that this  
10  declaration was executed on this 25th day of April, 2008, at San Francisco, California.  
11  
12                          _____/s/_____  
13                                  Vanessa de Fábrega  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28