Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br>v.<br><br>JOLANDCO, INC.,<br><br>Defendant. | Case No.: C08-1560 MHP<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 23, 2008, I served the following document(s):

**ORDER on
REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

///
///
///

-1-
**PROOF OF SERVICE
CASE NO.: C08-1560 MHP**

P:\CLIENTS\OE3CL\JOLANDCO\Pleadings\C08-1560 MHP Proof of Service 062308.DOC

1
2   on the interested parties in said action by placing a true and exact copy of each document in a
3   sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
4   Francisco, California, addressed as follows:
5       **Christopher D. Johnson**
        **Authorized Agent for Service of Process**
6       **Jolandco, Inc.**
7       **9083 Foothills Blvd., Suite 350**
        **Roseville, California 95747**
8
9   I declare under penalty of perjury that the foregoing is true and correct and that this
10  declaration was executed on this 23rd day of June, 2008, at San Francisco, California.
11
12  _____/s/_____
13          Vanessa de Fábrega
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
**PROOF OF SERVICE**
**CASE NO.: C08-1560 MHP**

P:\CLIENTS\OE3CL\JOLANDCO\Pleadings\C08-1560 MHP Proof of Service 062308.DOC