1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  Shaamini A. Babu, Esq. (SBN 230704)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery St., Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  mkaplan@sjlawcorp.com
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C08-1560 MHP |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| JOLANDCO, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., voluntarily dismiss, without prejudice, their claim against defendant JOLANDO, INC.  Defendant has neither served an answer nor moved for summary judgment, and plaintiffs have not previously filed or dismissed any similar action against defendant.

Defendant entered into a Stipulation for Entry of Judgment ("Stipulation") establishing a payment plan to satisfy the amounts owed by defendants to plaintiffs in this current action.

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**CASE NO.: C08-1560 MHP**

1  Plaintiffs will only file the Stipulation should defendants fail to make any payment required under
2  the Stipulation.
3      It is therefore requested that this action be dismissed without prejudice, and that the Court
4  shall retain jurisdiction over this matter.
5      I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
6  entitled action, and that the foregoing is true of my own knowledge.
7      Executed this 26th day of June, 2008, at San Francisco, California.

                    SALTZMAN & JOHNSON
                    LAW CORPORATION

                    By:_____/s/_____
                      Michele R. Stafford
                      Attorneys for Plaintiffs

IT IS SO ORDERED.

    This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter.

Date:_____    _____
                              UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On June 26, 2008, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Christopher D. Johnson**
**Authorized Agent for Service of Process**
**Jolandco, Inc.**
**9083 Foothills Blvd., Suite 350**
**Roseville, California 95747**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 26th day of June, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-3-
**NOTICE OF VOLUNTARY DISMISSAL**
**CASE NO.: C08-1560 MHP**

P:\CLIENTS\OE3CL\JOLANDCO\Pleadings\C08-1560 MHP Notice of Voluntary Dismissal 062608.DOC