1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  Shaamini A. Babu, Esq. (SBN 230704)
   SALTZMAN & JOHNSON LAW CORPORATION
3  44 Montgomery St., Suite 2110
   San Francisco, CA 94104
4  (415) 882-7900
   (415) 882-9287 – Facsimile
5  mkaplan@sjlawcorp.com
   mstafford@sjlawcorp.com
6  sbabu@sjlawcorp.com

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., | Case No.: C08-1560 MHP |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| JOLANDCO, INC., | |
| Defendant. | |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On July 8, 2008, I served the following document(s):

**ORDER on**
**NOTICE OF VOLUNTARY DISMISSAL**

///
///
///

-1-
PROOF OF SERVICE
CASE NO.: C08-1560 MHP

P:\CLIENTS\OE3CL\JOLANDCO\Pleadings\C08-1560 MHP Proof of Service 070808.DOC

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Christopher D. Johnson**
> **Authorized Agent for Service of Process**
> **Jolandco, Inc.**
> **9083 Foothills Blvd., Suite 350**
> **Roseville, California 95747**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 8th day of July, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega