Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs
OPERATING ENGINEERS HEALTH
AND WELFARE TRUST FUND, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOLANDCO, INC.,<br><br>Defendant. | Case No.: C08-1560 MHP<br><br>**SUPPLEMENTARY REQUEST FOR ENTRY OF JUDGMENT; DECLARATION OF MURIEL B. KAPLAN IN SUPPORT THEREOF** |

I, Muriel B. Kaplan, declare in addition to the facts declared in Plaintiffs' Request for Entry of Judgment filed July 30, 2008, as follows:

1.   I have been advised that Defendant has further defaulted under its Stipulation, paragraph 3(e), requiring that Defendant schedule an audit by Plaintiffs.

2.   Defendant has failed to schedule the audit as required.

3.   Plaintiffs therefore request, in addition to entry of the Judgment previously requested, that an Order be entered, as provided by paragraph 7(c) of the Stipulation, requiring Defendant to submit to an audit of its records.

-1-
**SUPPLEMENTARY** REQUEST FOR ENTRY OF JUDGMENT
Case No.: C08-1560 MHP

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Executed this 31st day of July, 2008, at San Francisco, California.

_____/s/_____
Muriel B. Kaplan

IT IS SO ORDERED.

Defendants shall, within three (3) days of entry of this Order, comply with Stipulation paragraph 3(e) by scheduling and thereafter permitting an audit of its records by Plaintiffs.

Dated: _____        _____
THE HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE

**PROOF OF SERVICE**
**Case No.: C08-1560 MHP**