Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery St., Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>      Plaintiffs,<br>v.<br><br>JOLANDCO, INC.,<br><br>      Defendant. | Case No.: C08-1560 MHP<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 6, 2008, I served the following document(s):

**JUDGMENT**

///
///
///

-1-
**PROOF OF SERVICE**
**CASE NO.: C08-1560 MHP**

P:\CLIENTS\OE3CL\JOLANDCO\Pleadings\C08-1560 MHP Proof of Service 080608.DOC

1   on the interested parties in said action by placing a true and exact copy of each document in a

2   sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

3   Francisco, California, addressed as follows:

      **Christopher D. Johnson**
      **Authorized Agent for Service of Process**
      **Jolandco, Inc.**
      **9083 Foothills Blvd., Suite 350**
      **Roseville, California 95747**

8       I declare under penalty of perjury that the foregoing is true and correct and that this

9   declaration was executed on this 6th day of August, 2008, at San Francisco, California.

                                          _____/s/_____
                                               Vanessa de Fábrega